JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
5/6/13
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-10458-GHK (PLAx) |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MARIA D. CACIQUE, AKA MARIA DE LA LUZ CACIQUE, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Maria D. Cacique, aka Maria De La Luz Cacique, in the principal amount of $2,798.93 plus interest accrued to March 11, 2013, in the sum of $5,037.54; with interest accruing thereafter at $0.63 daily until entry of judgment, administration costs in the amount of $56.45, for a total amount of **$7,892.92**.

DATED: 5/6/2013         By: _____
                           Honorable George H. King,
                           Chief District Judge
                           United States District Court